584 A.2d 232
STATE OF NEW JERSEY v. CAHEE N. WILSON.

May 30, 1990.

Petition for certification denied.

584 A.2d 232
STATE OF NEW JERSEY v. HAROLD ALLEN EDWARDS.

May 30, 1990.

Petition for certification denied.

584 A.2d 233
BARBARA ATWOOD v. ESTATE OF WARREN JONES.

May 30, 1990.

Petition for certification denied.

584 A.2d 233
ROBERT MARAS v. LAKEWOOD TOWNSHIP.

May 30, 1990.

Cross-petition for certification denied.

584 A.2d 233
ROBERT MARAS v. LAKEWOOD TOWNSHIP.

May 30, 1990.

Petition for certification denied.